# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| GCIU – EMPLOYER RETIREMENT FUND, et al. <br> *Plaintiff* <br> v. <br> THE NOVELTY ADVERTISING COMPANY, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:19-cv-1542 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* GCIU – EMPLOYER RETIREMENT FUND, recover from the defendant *(name)* THE NOVELTY ADVERTISING COMPANY, the amount of see other below dollars ($ 0.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: $44,558.00 in unpaid contributions, interest, rehabilitation plan increases and audit costs; $16,047.85 in reasonable attorneys' fees and costs; $6,509.88 in liquidated damages; $5.86 in daily interest beginning March 3, 2020 and continuing until Novelty satisfies the judgment entered on behalf of the Pension Fund; and post-judgment interest pursuant to 28 U.S.C. §1961.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Chief Magistrate Judge Elizabeth P. Deavers on a motion for Summary Judgment filed January 16, 2020 by Plaintiffs.

Date: 04/01/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*